1  David W. Shapiro (CA Bar No. 219265)
   dshapiro@boerschshapiro.com
2  BOERSCH SHAPIRO LLP
   235 Montgomery Street, Suite 835
3  San Francisco, CA 94104
   Telephone: (415) 500-6644
4
5  Attorney for Defendant
   LETITIA MONTGOMERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR13-00028 CW |
|---|---|
| v. | **STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT MONTGOMERY TO TRAVEL** |
| LETITIA MONTGOMERY, et al., | |
| Defendants. | |

Defendant LETITIA MONTGOMERY, by her counsel David W. Shapiro, and the United States Attorney, by its counsel Assistant U.S. Attorney Kevin Barry, hereby stipulate and agree that defendant Montgomery may travel out of this district to Los Angeles, California, from August 14, 2013 until August 17, 2013, in order to attend the funeral of Ms. Montgomery's aunt, Carolyn Bartlett. Ms. Montgomery advised Pretrial Services Officer Nelson Barao of her itinerary, and he does not object. Counsel for the government stated that he has no objection if Pretrial Services does not object.

Dated: August 12, 2013

*/s/ Kevin Barry*
KEVIN BARRY
Assistant U.S. Attorney

*/s/ David W. Shapiro*
DAVID W. SHAPIRO
Attorney for Defendant Letitia Montgomery

1   MOTION & [PROPOSED] ORDER
    ALLOWING TRAVEL
    Case No.: CR13-00028-CW

**[PROPOSED] ORDER**

Based on the stipulation between the parties in this case, IT IS ORDERED that Defendant LETITIA MONTGOMERY may travel out of this district to Los Angeles, California, from August 14, 2013 until August 17, 2013, in order to attend the funeral of Ms. Montgomery's aunt, Carolyn Bartlett.

IT IS SO ORDERED:

Dated:  August 12, 2013

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge