1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6840
7     FAX: (415) 436-7234
      Email: kevin.barry@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 13-0028 CW |
|     Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE** |
|   v. | ) |
| LETITIA MONTGOMERY, | ) Date:  June 3, 2015<br>) Time:  1:00 p.m. |
|     Defendant. | ) Hon. Claudia Wilken |

      The Court set June 3, 2015 at 1:00 pm. as the date for sentencing. Sentencing has been delayed in this case to allow matters to proceed in a parallel action, *United States v. Toni Daniels*, 14-00170-CW. That related action has been stayed to determine the defendant's mental competency. In light of that stay, the defendant has elected to proceed with sentencing.

      Although the Court set June 3, 2015 as the date for sentencing, government counsel mistakenly believed that it was a date for status regarding sentencing, and not the actual date for sentencing itself. For that reason, the government has not yet filed its sentencing memorandum. The defendant therefore agrees to postpone sentencing to give her time to review and reply to the government's sentencing recommendation and to give the Court time to consider this material as well. The defendant and her

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 13-0028 CW

counsel are not available on the Court's regular criminal calendar dates until July 1.  Government counsel is available on that date.

Thus, the parties respectfully request that the Court reset the sentencing to July 1, 2015, and government counsel apologizes to the Court and to the defendant for the need to request this change.

SO STIPULATED:

|  |  |
|---|---|
|  | MELINDA HAAG |
|  | United States Attorney |
| DATED: June 1, 2015 | _____/s/_____ |
|  | KEVIN J. BARRY |
|  | Assistant United States Attorney |

| DATED: June 1, 2015 | */s/ David W. Shapiro* |
|  | DAVID W. SHAPIRO |
|  | Attorney for Leticia Montgomery |

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is David W. Shapiro.  I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

| DATED: June 1, 2015 | _____/s/_____ |
|  | KEVIN J. BARRY |
|  | Assistant United States Attorney |

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 13-0028 CW

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | For the reasons stated above, the Court changes the date for sentencing to July 1, 2015. |

IT IS SO ORDERED.

DATED: 06/02/2015

_____
HON. CLAUDIA WILKEN

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 13-0028 CW