David W. Shapiro (CA Bar No. 219265)
dshapiro@boerschshapiro.com
BOERSCH SHAPIRO LLP
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorney for Defendant
LETITIA MONTGOMERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LETITIA MONTGOMERY, et al.,<br><br>Defendants. | Case No. CR13-00028 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING DEFENDANT MONTGOMERY TO TRAVEL** |

Defendant LETITIA MONTGOMERY, by her counsel David W. Shapiro, and the United States Attorney, by its counsel Assistant U.S. Attorney Kevin Barry, hereby stipulate and agree that defendant Montgomery may travel out of this district to Las Vegas, Nevada, from November 24 through November 29, 2015 to accompany the Bay Area Spartans youth football team to a tournament. Ms. Montgomery is the Vice President of the organization. Ms. Montgomery advised Pretrial Services Officer Victoria Gibson of her itinerary, and she does not object. Counsel for the government has also agreed to the travel.

Dated: November 16, 2015

*/s/ Kevin Barry*
KEVIN BARRY
Assistant U.S. Attorney

*/s/ David W. Shapiro*
DAVID W. SHAPIRO
Attorney for Defendant Letitia Montgomery

STIPULATION & [PROPOSED]
ORDER ALLOWING TRAVEL
Case No.: CR13-00028-CW

**[PROPOSED] ORDER**

Based on the stipulation between the parties in this case, IT IS ORDERED that Defendant LETITIA MONTGOMERY may travel out of this district to Las Vegas, Nevada, from November 24, 2015 until November 29, 2015.

IT IS SO ORDERED:

Dated:  November  16 , 2015

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge